# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

IN RE: M. LANI ESTEBAN-TRINIDAD, )
ATTORNEY AT LAW, BAR NO. 6967 )
)  Case No.: 2:19-ms-00064
)
)  **ORDER OF SUSPENSION**
)
)
)
)

On July 29, 2019, this Court entered an Order to Show Cause, mailed via certified mail with a Certified Mail Return Receipt date of delivery of July 30, 2019. The Order to Show Cause provided Ms. Esteban-Trinidad with 30 days to respond with reasons why she should not be suspended from the practice of law in this Court. No response has been received from Ms. Esteban-Trinidad. Failure to respond within 30 days warrants an Order of Suspension. *See* LR IA 11-7.

It is therefore ordered that M. Lani Esteban-Trinidad, Bar No. 6967, is hereby suspended from practice in United States District Court for the District of Nevada.

DATED THIS 6th day of September 2019.

_____
Miranda M. Du, Chief Judge
United States District Court

**CERTIFICATE OF SERVICE**

Pursuant to Fed. R. Civ. P. 5(b) and LR 5-1, I hereby certify that I am an employee of United States District Court, and that on this 6th day of September, 2019, I caused to be served a true and correct copy of the foregoing Order of Suspension to the following parties via Certified Mail, Return Receipt Requested via the United States Postal Service, in a sealed envelope, postage prepaid, to the following:

>M. Lani Esteban-Trinidad
>7251 West Lake Mead Blvd., Suite 300
>Las Vegas, NV 89128

Certified Mail No.: 7019 0700 0001 7574 6093

>/s/ Lorena Q.
>Deputy Clerk
>United States District Court,
>District of Nevada